UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM G. MOORE, and ONE JEEP CHEROKEE, et al.

Defendant.

Case No. C07-5154FDB

ORDER STRIKING MOTIONS FROM COURT'S CALENDAR

An appeal notification packet was sent to the Ninth Circuit Court of Appeals, as reflected in the docket entry of April 30, 2007. Because this matter is on appeal, the District Court has no jurisdiction to entertain the motions filed by Defendant Moore.

ACCORDINGLY, IT IS ORDERED: Defendant's Motion for Release Personal Recognizance [Dkt. # 15] and Motion for Return of Property [Dkt. # 17] are STRICKEN from the Court's calendar.

DATED this 22nd day of June, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1